UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Beautiful Beginnings, Ltd.<br><br><br><br>Debtor(s) | BK No.: 12-32516<br><br>Chapter: 11<br>Honorable Eugene R. Wedoff |

## FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL

THIS CAUSE coming on to be heard on the Debtor's continued motion to use cash collateral pursuant to Section 363 of the Bankruptcy Code; due notice having been given and the Court being advised in the premises; the Debtor having stipulated as follows:

The Debtor stipulates, admits, acknowledges and agrees that (a) BMO Harris Bank properly perfected its security interests and liens in and on the collateral securing the Debtor's obligations under the Loan Documents; (b) each Loan Document is a valid and binding agreement and the Debtor is obligated as provided thereunder, and the Debtor has no objection, offset, defense or counterclaim of any kind or nature to the obligations, and any amounts previously paid to BMO Harris Bank on account thereof or with respect thereto, are not subject to avoidance, reduction, disallowance, impairment or subordination pursuant to the Bankruptcy Code or applicable non-bankruptcy law; and (c) BMO Harris Bank is fully secured and that the Bank is entitled to post-petition interest, attorney's fees and other fees and expenses as authorized under the Loan Documents, and the rights afforded a secured creditor under section 506(b) of the Bankruptcy Code.

IT IS HEREBY ORDERED:

1. For the period from December 31, 2012, through plan confirmation, conversion, dismissal, appointment of a trustee, or further order of Court, the Debtor is authorized to use cash collateral of BMO Harris Bank, N.A. ("BMO Harris Bank") to pay the ordinary and necessary post petition expenses related to its retail operations in Western Springs, Illinois, as provided in the budget attached to the Debtor's Motion to Authorize Continued Use of Cash Collateral.
2. As adequate protection for its existing rights and its interest in the cash collateral, the use of which is authorized by this order, and to the extent that the use of the cash collateral results in any decrease in the value of BMO Harris Bank's liens in said cash collateral, BMO Harris Bank is granted valid, perfected and enforceable post-petition replacement liens on all cash collateral, to the same extent that it had perfected liens prepetition. BMO Harris Bank's post petition lien shall be superior in right to any other lien hereinafter created or arising unless BMO Harris Bank consents in writing or the Court orders otherwise. The replacement liens granted pursuant to this order shall be deemed perfected as against any and all third parties without regard to any applicable statute or other non-bankruptcy law regarding filing or recording, and shall be deemed perfected as of August 16, 2012, to the same extent that BMO Harris Bank's pre-petition liens that are being replaced are valid, perfected and subsisting under applicable law.
3. As additional adequate protection of the security interest of BMO Harris Bank, the Debtor shall pay $1,899.60 to BMO Harris Bank on the last day of each month beginning December 31, 2012, until

further order of Court.

4. The Debtor's use of cash collateral under this Order is authorized through and including the date of confirmation of a plan, conversion to Chapter 7, dismissal of this case, appointment of a trustee, or further order of Court.

5. The entry of this Order is without prejudice to, and does not otherwise impair any of the rights of BMO Harris Bank (a) to seek modification of the grant of adequate protection at any time, (b) to request modification of the automatic stay under section 362 of the Bankruptcy Code, or (c) under the Loan Documents.

Enter: *[signature: Eugene R. Wedoff]*

Dated: 2 0 DEC 2012

United States Bankruptcy Judge

**Prepared by:**
David P. Lloyd
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265

Rev: 20120209_bko

**Beautiful Beginnings, Ltd.**
**12 B 32516**
Monthly Budget

Income:

      Sales                                                                                                         $50,000.00

Expense:

| | |
|---|---:|
| Rent | 5,200.00 |
| Merchandise | 34,000.00 |
| Payroll | 5,100.00 |
| Utilities | 1,300.00 |
| Disposal | 150.00 |
| Automobile | 1,000.00 |
| Harris--loan | 1,899.60 |
| Total expenses | $48,649.60 |

Net income:                                                                                          $1,350.40