# FILED

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

APR 23 2013

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re:                              )
                                    )
                                    )       Case No. 12 B 32516
BEAUTIFUL BEGINNINGS, LTD.          )
                                    )
                                    )
                                    )       Chapter 11
            Debtor.                 )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO DAVID LLOYD ATTORNEY FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF <u>FINAL</u> COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $10,545.00 | TOTAL COSTS REQUESTED: | $1,280.88 |
| TOTAL FEES REDUCED: | $150.00 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $10,395.00 | TOTAL COSTS ALLOWED: | $1,280.88 |

### TOTAL FEES AND COSTS ALLOWED: $11,675.88

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(4)     Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered.  *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

Dated:  April 23, 2013

Eugene R. Wedoff
United States Bankruptcy Judge

**Time Entries**

| Date | User | Reference | Description | Time | Rate | Total |
|------|------|-----------|-------------|------|------|-------|
| 08/20/2012 | David Lloyd | 00255-, Beautiful Beginnings, Ltd - Harris | Legal Service: Telephone call to Michael Budzik at Harris Bank regarding cash collateral legal contact. | 0.20 | $300.00 | $60.00 |
| 08/20/2012 | David Lloyd | 00255-, Beautiful Beginnings, Ltd - Harris | Legal Service: Calls to legal contact number and left message. | 0.30 | $300.00 | $90.00 |
| 08/21/2012 | David Lloyd | 00255-, Beautiful Beginnings, Ltd - Harris | Legal Service: Several phone calls with Harris legal personnel regarding citation, cash collateral. | 0.50 | $300.00 | $150.00 |
| 08/21/2012 | David Lloyd | 00255-, Beautiful Beginnings, Ltd - Harris | Legal Service: Prepared cash collateral motion. | 1.20 | $300.00 | $360.00 |
| 08/21/2012 | David Lloyd | 00255-, Beautiful Beginnings, Ltd - Harris | Legal Service: Telephone call to client regarding budget. | 0.30 | $300.00 | $90.00 |
| 08/22/2012 | David Lloyd | 00255-, Beautiful Beginnings, Ltd - Harris | Legal Service: _____ Motion for use of cash collateral. | 0.30 | $300.00 | $90.00 |
| 09/11/2012 | David Lloyd | 00255-, Beautiful Beginnings, Ltd - Harris | Legal Service: Telephone call with Adham Alaily regarding cash collateral. | 0.30 | $300.00 | $90.00 |
| 09/12/2012 | David Lloyd | 00255-, Beautiful Beginnings, Ltd - Harris | Legal Service: Continued-continued cash collateral hearing. | 0.30 | $300.00 | $90.00 |
| 01/07/2013 | David Lloyd | 00255-, Beautiful Beginnings, Ltd - Harris | Legal Service: Finalize amended plan and disclosure statement. | 0.60 | $300.00 | $180.00 |
| 01/07/2013 | David Lloyd | 00255-, Beautiful Beginnings, Ltd - Harris | Legal Service: Telephone conference with Judith at JDR, creditor. | 0.20 | $300.00 | $60.00 |
| | | | | 4.20 | | $1,260.00 |

