**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Beautiful Beginnings, Ltd. | ) | Bankruptcy No. 12 B 32516 |
| | ) | Chapter 11 |
| Debtor (s) | ) | Judge Eugene R. Wedoff |
| | ) | |

To:    See Attached List

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **June 26, 2013,** at the hour of 10:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the honorable Eugene R. Wedoff in Courtroom 744 of the United States Bankruptcy Court, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting in his place and stead, and shall then and there present the attached **Motion for Entry of Final Decree**, a copy of which is hereby served upon you.  You may appear if you so choose.

>David P. Lloyd
>David P. Lloyd, Ltd.
>615B S La Grange Rd.
>La Grange, IL 60525
>(708) 937-1264
>(708) 937-1265 (Fax)

### CERTIFICATE OF SERVICE

I, David P. Lloyd, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by electronic notice where indicated, or by first class mail by depositing with the United States Postal Service, La Grange, Illinois, postage prepaid, prior to 5:00 P.M., this 19th day of June, 2013.

>_____/s/ David P. Lloyd_____
>David P. Lloyd

| | | |
|---|---|---|
| Service List<br>Beautiful Beginnings, Ltd.<br>Case 12-32516 | Beautiful Beginnings, Ltd.<br>4472 Lawn Ave.<br>Western Springs, IL 60558-1298 | OAKBROOK SHOPPING CENTER, LLC<br>James S Carr, Esq., Robert L. LeHane, Es<br>Jason Alderson, Esq., Kelley Drye & Warren<br>101 Park Ave.<br>New York, NY 10178-3099 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | ADT Security Systems<br>P.O. Box 371967<br>Pittsburgh, PA 15250-7967 | ADVANCED RETAIL MANAGEMENT SYSTEMS<br>8100 SOUTHPARK WAY<br>UNIT A-10<br>LITTLETON, CO 80120-4525 |
| AMERICAN EXPRESS<br>BOX 0001<br>LOS ANGELES, CA 90096-8000 | AMERICAN EXPRESS<br>JETBLUE BUSINESS CARD<br>BOX 0001<br>LOS ANGELES, CA 90096-8000 | ANAVINI<br>PO BOX 55-904<br>MIAMI, FL 33163-0126 |
| AT&T<br>PO BOX 8100<br>AURORA, IL 60507-8100 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | American Express Travel Related Services Co<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 |
| BANK OF AMERICA<br>PO BOX 15796<br>WILMINGTON DE 19886-5796 | BEST CHAIRS INC<br>1195 SOLUTION CENTER<br>CHICAGO IL 60677-1001 | BMO Harris Bank N.A. f/k/a Harris N.A.<br>Attn: John Rowinski<br>3800 Golf Road, Suite 300<br>Rolling Meadows, IL 60008-4037 |
| BP<br>PO BOX 70887<br>CHARLOTTE NC 28272-0887 | BRATT DECOR<br>PO BOX 20808<br>BALTIMORE MD 21209-0808 | CAPITAL ONE<br>PO BOX 6492<br>CAROL STREAM IL 60197-6492 |
| CHICAGO PARENTS MAGAZINE<br>141 S OAK PARK AVE<br>OAK PARK, IL 60302-2972 | CHRISTINA'S WORKD INC<br>27 WOODCREEK COURT<br>DEER PARK, NY 11729-5627 | COMED<br>PO BOX 6111<br>CAROL STREAM IL 60197-6111 |
| CPC DESIGNS<br>PO BOX 71<br>SOUTHEASTERN, PA 19399-0071 | CR GIBSON LLC<br>PO BOX 8500<br>C/O LOCKBOX 7896<br>PHILADELPHIA PA 19178-8500 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Chesterfield Awning Company<br>16999 Van Dam Road<br>South Holland, IL 60473-2690 | EISEMAN CO<br>342 NORTH WATER STREET<br>MILWAUKEE WI 53202-5715 | ENESCO #774225<br>4225 SOLUTIONS CENTER<br>CHICAGO, IL 60677-4002 |
| EXXON MOBIL<br>PO BOX 688938<br>DES MOINES IA 50368-8938 | FIA CARD SERVICES, N.A. Suc<br>Bank of America/MBNA America Bank NA<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Glenna Jean<br>1921 Anchor Ave.<br>Petersburg, VA 23803-2827 |

| | | |
|---|---|---|
| HATCHETTE BOOK GROUP USA<br>PO BOX 8828<br>BOSTON MA 02114-0038 | HEARTLAND BANK & TRUST CO<br>4456 WOLF RD<br>WESTERN SPRINGS IL 60558-1517 | HUNT PRINTING & GRAPHICS<br>5542 S LAGRANGE RD<br>LA GRANGE, IL 60525-3668 |
| Harris Bank BLST<br>PO Box 2880<br>Chicago, IL 60690-2880 | Harris Bank Westchester<br>10500 W. Cermak Road<br>Westchester, IL 60154-5221 | Harris N.A.<br>111 W. Monroe Street<br>Chicago, IL 60603-4095 |
| ICE MOUNTAIN<br>PO BOX 856680<br>LOUISVILLE, KY 40285-6680 | ILLINOIS DEPARTMENT OF REVENUE<br>PO BOX 19300<br>SPRINGFIELD IL 62794-9300 | INDEPENDENCE PUBLISHERS GROUP<br>814 NORTH FRANKLIN ST<br>CHICAGO IL 60610-3813 |
| Illinois Bell Telephone Company<br>% AT&T Services, Inc<br>James Grudus, Esq.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921-2693 | Illinois Dept of Employment Security<br>33 S State St 10th Flr Bankruptcy Unit<br>Chicago, Illinois 60603-2808 | JDR Designs<br>1298 Devon Ave.<br>Los Angeles, CA 90024-5344 |
| JOHNNIE-O<br>814 S WESTGATE AVE<br>SUITE 101<br>LOS ANGELES CA 90049-5600 | JP COMPUTER SERVICES<br>444 E ROOSEVELT RD #424<br>LOMBARD IL 60148-4630 | KID O<br>1050 AMBOY AVE<br>PERTH AMBOY, NJ 08861-1939 |
| KOLNICKI PETERSON & WIRTH LLC<br>1400 OPUS PLACE SUITE 100<br>DOWNERS GROVE, IL 60515-5761 | LAJOBI INC<br>257 Prospect Plains Rd<br>Cranbury, NJ 08512-3703 | LUNT SILVERSMITH<br>PO BOX 908<br>BLOOMFIELD HILLS, MI 48303-0908 |
| LUXE MEDIA GROUP<br>PO BOX 209059<br>DALLAS, TX 75320-9059 | Lakeshore Waste Services<br>6132 Oakton Street<br>Morton Grove, IL 60053-2718 | Luxe Media Group LLC<br>3731 FAU Blvd<br>Boca Raton, FL 33431-6412 |
| MELISSA & DOUG LLC<br>PO BOX 590<br>WESTPORT, CT 06881-0590 | MICHAELSON ENTERTAINMENT<br>36 CABRILLO TERRACE<br>ALISO VIEJO, CA 92656-1625 | MOONLIGHT SLUMBER<br>300 BROOK ST<br>ELGIN, IL 60120-4106 |
| MVP Group International d/b/a Midwest-CBK<br>24696 Network Place<br>Chicago, IL 60673-1246 | NATUREPEDIC<br>16925 PARK CIRCLE DRIVE<br>CHAGRIN FALLS, OH 44023-6502 | NICOR<br>PO BOX 416<br>AURORA, IL 60568-0001 |
| Nicor Gas<br>Po box 549<br>Aurora IL 60507-0549 | OAKBROOK SHOPPING CENTER, LLC<br>c/o GGP Limited Partnership<br>110 North Wacker Drive<br>Chicago, IL 60606-1511 | ORKIN, PEST CONTROL<br>603 E DIEHL RD<br>SUITE 124<br>NAPERVILLE, IL 60563-4904 |

Oakbrook Center 100 Oakbrook Center
Attn: General Manager
100 Oakbrook Center
Oak Brook, IL 60523-4700

Oakbrook Center Law/Lease Adm. Dep
c/o Oakbrook Shopping Center, LLC
110 N. Wacker Drive
Chicago, IL 60606-1511

Oakbrook Shopping Center
c/o Swanson, Martin & Bell
2525 Cabot Dr. #204
Lisle, IL 60532-3628

PARIGI GROUP
ATTN S HERNANDEZ
112 W 34TH 5TH FLOOR
NEW YORK, NY 10120-0703

PARVIN CLAUSE SIGN COMPANY
165 TUBEWAY DRIVE
CAROL STREAM, IL 60188-2249

PAYROLL 1
PO BOX 410471
SAINT LOUIS, MO 63141-0471

PETIT BATEAU USA
PO BOX 720184
ATLANTA GA 30358-2184

Pali Design Inc.
1525 Hymus Blvd.
Dorval, Quebec, Canada H9P-1J5

RENDITIONS BY REESA
4412 10TH STREET
LUBBOCK, TX 79416-4826

SYNCLAIRE BRANDA
25 NEWBRIDGE RD
SUITE 405
HICKSVILLE NY 11801-2887

TATIANA AND COMPANY
PO BOX 8815
RED BANK NJ 07701-8815

THE BUMP MEDIA INC
11106 MOCKINGBIRD DRIVE
OMAHA NE 68137-2331

TODAYS CHICAGO WOMAN
150 E HURON #1001
CHICAGO IL 60611-2947

TOPHAT LOGISTICAL SOLUTIONS LLC
279 MADSEN DRIVE
SUITE 103
BLOOMINGDALE IL 60108-2692

TRI-COUNTY FIRE PROTECTION INC
PO BOX 178
LOCKPORT, IL 60441-0178

TRIBUNE MEDIA GROUP
14839 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693-0148

TRIMFIT INC
501 CAMBRIA AVE
BENSALEM, PA 19020-7213

Tribune Company dba
Tribune Media Group
2501 S State Hwy 121 Bus #800B
Lewisville TX 75067-8229

UPS
LOCKBOX 577
CAROL STREAM, IL 60132-0577

United Parcel Service
c/o Receivable Management Services
("RMS")
P.O. Box 4396
Timonium, MD 21094-4396

VIVE LA FETE INC
CAPITAL BUS CREDIT
PO BOX 100895
ATLANTA GA 30384-4174

WALTER FULLER, SR

WEE ONES LLC
13601 LAKEFRONT DRIVE
EARTH CITY, MO 63045-1404

WRIGHT EXPRESS FLEET SERVICES
PO BOX 6293
CAROL STREAM IL 60197-6293

Wex Bank
PO Box 639
Portland, ME 04104-0639

David P Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange, IL 60525-6864

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Beautiful Beginnings, Ltd. | ) | Bankruptcy No. 12 B 32516 |
| | ) | Chapter 11 |
| Debtor (s) | ) | Judge Eugene R. Wedoff |
| | ) | |

**MOTION FOR ENTRY OF FINAL DECREE**

NOW COME the Debtor, Beautiful Beginnings, Ltd., by and through its attorneys, David P. Lloyd, Ltd., and move this honorable Court for entry of a final decree, and in support thereof states as follows:

1. The Debtor filed a voluntary Chapter 11 petition on August 16, 2012. The Debtor's Plan was confirmed on March 13, 2013. The Plan provides for payment of a 15% dividend to general unsecured creditors over a five-year period, and payment in full of the secured claim at 6.5% interest, to be paid over a one-year period until payment in full.

2. Administrative claims that have been allowed by the Court have been paid or otherwise resolved.

3. The initial payment to general unsecured creditors has been made pursuant to the confirmed Plan.

4. Evidence of the payments of the above is attached as an exhibit to this motion.

5. Said payments constitute substantial consummation of the confirmed Plan and this case should now be closed.

WHEREFORE the Debtor prays for entry of a final decree closing this case.

           Document      Page 6 of 6

                Respectfully submitted,
                Beautiful Beginnings, Ltd.


                By:_____/s/ David P. Lloyd_____
                      One of its attorneys


David P. Lloyd
David P. Lloyd, Ltd.
615B S LaGrange Rd
LaGrange, IL 60525
(708) 937-1264
(708) 937-1265 (Fax)